William C. Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
600 S Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Non-Party
ESIS, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AVA LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>ESIS, INC., et al.,<br><br>Defendants. | Case No.: 2:26-cv-01768-CDS-NJK<br><br>MOTION TO WITHDRAW AS COUNSEL<br><br>Accompanying Document: [Proposed] Order |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Morales Fierro & Reeves ("MFR"), counsel of record for dismissed party ESIS, Inc. ("ECI"), hereby moves this Court pursuant to Local Rule IA 11-6 for an Order permitting MFR to withdraw from the case so as to remove it from this Court's service list. The motion is based on the fact that ESIS is no longer a party to this case by virtue of the amended Complaint that Plaintiff filed. See Dkt. No. 5.

Dated: September 18, 2026

MORALES FIERRO & REEVES

By: /s/ William C. Reeves
William C. Reeves
Attorneys for Non-Party
ESIS, Inc.

IT IS SO ORDERED.
Dated: September 22, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge